AO 247 (Rev. 11/11:CASD 05/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 1

**FILED**

FEB 20 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jhon Fredy Montano (3) | ) | Case No:  22CR0797-TWR |
| | ) | USM No:  07478506 |
| Date of Original Judgment:        05/05/2023 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Payam Fakharara |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of        58        months **is reduced to**   57                              .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated        05/05/2023        shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   2/20/24                    *T̄oᴅᴅ Robinso* _____
                                          *Judge's signature*

Effective Date: _____          Todd. W. Robinson, United States District Judge
        *(if different from order date)*        *Printed name and title*